IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORENZO E. WALKER, #164 121, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:09-cv-423-TMH |
| | ) | |
| C.O. T. DINKINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. Plaintiff's complaint under 42 U.S.C. § 1983 is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), due to Plaintiff's failure to allege a constitutional violation. An appropriate judgment will be entered.

Done this 17th day of September, 2009.

**/s/ Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE